## Commonwealth *v.* Hackney, Appellant.

Submitted September 12, 1966. *Homer Hackney,* appellant, in propria persona; *Theodore A. Parker,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.